# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN PANANYAN,<br><br>        Petitioner,<br><br>   v.<br><br>DOUGLAS WHITE, Warden,<br><br>        Respondent. | No.  1:22-cv-01613 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 9)<br><br>ORDER GRANTING MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

      Arsen Pananyan filed this action, through counsel, to compel the Bureau of Prisons to calculate his accumulated credits. (Doc. 1) Now that the BOP has done so, he contends that the petition is moot, and he seeks dismissal of the action. (Doc. 7.)  The magistrate judge recommended that the action be dismissed but afforded the parties time to file objections. (Doc. 9.)  They did not.

      Pursuant to 28 U.S.C. § 636 (b)(1)(C), the Court conducted a *de novo* review.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on March 5, 2023 (Doc. 9), are **ADOPTED** in full.

    2.    Petitioner's motion for voluntary dismissal (Doc. 7) is **GRANTED**.

1

3. The petition for writ of habeas corpus is **DISMISSED** without prejudice.

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**March 24, 2023**__

UNITED STATES DISTRICT JUDGE